## ARCHIE v. GRAND LODGE, K. P., STATE OF LOUISIANA, etc.
### No. 14627.

Court of Appeal of Louisiana. Orleans.
June 12, 1933.

Frank B. Smith, of New Orleans, for appellant.

Chas. J. Mundy, of New Orleans, for appellee.

PER CURIAM.

Appellee moves the dismissal of this appeal, asserting that the issues presented are the same as were involved in certain other cases heretofore decided by us and referred to in the motion to dismiss the appeal.

Obviously this is not ground for the dismissal of an appeal. When the matter comes before us, we will then consider whether the facts bring it within the doctrine announced in those other cases.

The motion to dismiss the appeal is denied.

Motion denied.